SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone: 916-485-3516
Facsimile: 916-481-4224
Attorney for Plaintiff
SCOTT N. JOHNSON

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for Defendants
BRYAN C. McINTIRE, Individually and
d/b/a MAC THE ANTIQUE PLUMBER,
INC.; SUZANNE H. McINTIRE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN C. McINTIRE, Individually and d/b/a MAC THE ANTIQUE PLUMBER, INC.; SUZANNE H. McINTIRE,<br><br>Defendants. | Case No. 07-cv-01168-LEW-GGH<br><br>**ORDER TO SET ASIDE<br>ENTRY OF DEFAULT** |

Pursuant to the stipulation of the parties, the Default of Defendants BRYAN C. McINTIRE and SUZANNE H. McINTIRE entered by the clerk on August 27, 2007 is set aside and this matter may proceed to be litigated on the merits.

IT IS SO ORDERED.

Dated: <u>October 2, 2007</u>

_Ronald S.W. Lew_
United States District Court Judge

-1-
STIPULATION TO SET ASIDE ENTRY OF DEFAULT